ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 MAY 23 AM 11:00
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID L. RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 304-067 |
| | ) | |
| JIM WETHERINGTON, Chairman, | ) | |
| Commissioner, Georgia Department of | ) | |
| Corrections; et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** in its entirety for failure to state a claim upon which relief can be granted.

SO ORDERED this 23rd day of May, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

David L. Rodriguez, Pro-se

CASE NO: CV304-067

DATE SERVED: May 23, 2005

SERVED BY: Cindy Reynolds

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate